# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership;
PRIORITY RECORDS LLC, a California
limited liability company; UMG
RECORDINGS, INC., a Delaware
corporation; ARISTA RECORDS LLC,
a Delaware limited liability company;
ELEKTRA ENTERTAINMENT GROUP
INC., a Delaware corporation; and
VIRGIN RECORDS AMERICA, INC.,
a California corporation,

        Plaintiffs,        Case No. 06-C-195

    v.

LOREN AUSTIN, II,

        Defendant.

## OPINION AND ORDER

Based upon the application of the Plaintiffs and the fact that the Defendant has failed to respond or otherwise appear, the court ORDERS that the "Application for Default Judgment" (filed May 17, 2006) IS GRANTED. See Federal Rule of Civil Procedure 55.

IT IS FURTHER ORDERED that the Clerk of Court shall enter a Default Judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

    Plaintiffs Sony BMG Music Entertainment, Priority Records
    LLC, UMG Recordings, Inc., Arista Records LLC, Elektra

Entertainment Group Inc. and Virgin Records America, Inc. brought this action against Defendant Loren Austin, II before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the Defendant having failed to answer or otherwise respond,

IT IS ORDERED AND ADJUDGED

1. That the Defendant shall pay the Plaintiffs statutory damages pursuant to Section 504 of the Copyright Act in the amount of Six Thousand Dollars and No Cents ($6,000.00).

2. That the Defendant Loren Austin, II shall be and hereby is enjoined from directly or indirectly infringing the Plaintiffs' rights under federal or state law in the following Copyrighted Recordings:

> "Haters and Fools," on album "Art and Life," by artist "Beenie Man" (SR# 284-383);
>
> "No Ordinary Love," on album "Love Deluxe," by artist "Sade" (SR# 183-731);
>
> "Come and Talk to Me," on album "Forever My Lady," by artist "Jodeci" (SR# 129-912);
>
> "Ghetto Bird," on album "Lethal Injunction," by artist "Ice Cube" (SR# 198-283);
>
> "Ascension (Don't Ever Wonder)," on album "Maxwell's Urban Hang Suite," by artist "Maxwell" (SR# 221-404);
>
> "Outstanding," on album "Gap Band IV," by artist "Gap Band" (SR# 36-081);
>
> "Slum Beautiful," on album "Stankonia," by artist "Outkast" (SR# 306-741);
>
> "They Want Efx," on album "Dead Serious," by artist "Das EFX" (SR# 140-245);

and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any

2

Case 2:06-cv-00195-TJC   Filed 05/31/06   Page 2 of 3   Document 11

parent, subsidiary, or affiliate record label of Plaintiffs') ("Plaintiffs' Recordings"), including without limitation by suing the Internet or any online media distribution system to reproduce (i.e. download) any of the Plaintiffs' Recordings, to distribute (i.e. upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. The Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without the Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in the Defendant's possession, custody or control.

3. That the Defendant shall pay the Plaintiffs costs pursuant to Section 505 of the Copyright Act in the amount of Three Hundred Fifty-Five Dollars and No Cents ($355.00).

IT IS FURTHER ORDERED AND ADJUDGED that this action is dismissed with prejudice.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 31st day of May, 2006.

    s/ Thomas J. Curran
    Thomas J. Curran
    United States District Judge